UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| HEATHER D HERRON,<br>(Social Security No. XXX-XX-9174),<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>Defendant. | 3:09-cv-2-WGH-RLY |

**FINAL JUDGMENT ENTRY**

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**ENTERED:** January 8, 2010

Laura Briggs, Clerk
U.S. District Court

_____
By: Deputy Clerk

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

J. Michael Woods
WOODS & WOODS
mwoods@woodslawyers.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov